UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-cr-00329-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JIMMY JOEL HERNANDEZ-BANEGA, a/k/a Jimmy Cruz, a/k/a Jimmy Diaz, a/k/a Jimmy Diaz-Cruz,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  Based on the parties' August 28, 2015 telephone conference with my chambers' staff, it is

ORDERED that a 5-day jury trial is set for **Monday, October 26, 2015 at 9:00 a.m., in Courtroom A-1002.**  It is

FURTHER ORDERED that counsel shall submit a filing to the Court not later than **Monday, September 21, 2105** indicating whether this matter will proceed to trial on October 26, 2015.  Should the parties indicate that this case will proceed to trial on the first setting, the Court will then set a briefing schedule for pretrial motions and final trial preparation conference.

    Dated:  August 31, 2015

                                      BY THE COURT:

                                      */s/ Wiley Y. Daniel*
                                      Wiley Y. Daniel
                                      Senior United States District Judge